**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Attorneys for Defendant Brylynne, Inc. DBA Port of Subs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Brylynne, Inc. DBA Port of Subs,<br><br>Defendant. | Case Number: 2:17-cv-01143-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Brylynne, Inc. DBA Port of Subs ("Brylynne") (collectively as the "Parties"), that the Parties consent to extend the deadline for Brylynne's response to Plaintiff's Complaint ("Complaint"). This is Brylynne's second stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Parties additional time to discuss settlement and Brylynne's counsel time to gather information and documentation necessary to adequately analyze the claims set forth in the Complaint.

1



The Parties agree that Brylynne shall respond to the Complaint on or before July 14, 2017.

Dated this 30th day of June, 2017   Dated this 30th day of June, 2017

THE WILCHER FIRM   DICKINSON WRIGHT PLLC

By   */s/ Whitney C. Wilcher, Esq.*   By:   */s/ Cynthia L. Alexander*
   Whitney C. Wilcher, Esq.   Cynthia L. Alexander, Esq.
   Nevada State Bar No. 7212   Nevada Bar No. 6718
   8465 West Sahara Avenue, Suite 111-236   Taylor Anello, Esq.
   Las Vegas, NV 89117   Nevada Bar No. 12881
   (702) 466-1959   8363 West Sunset Road, Suite 200
   *Attorneys for Plaintiff*   Las Vegas, Nevada  89113-2210
   *Attorneys for Defendant Brylynne, Inc. DBA Port of Subs*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  5th  day of   July    2017.



# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 30 day of June 2017, a copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com

/s/Angelica V Jimenez
An employee of Dickinson Wright PLLC