**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Attorneys for Defendant Brylynne, Inc. DBA Port of Subs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Brylynne, Inc. DBA Port of Subs, <br><br> Defendant. | Case Number: 2:17-cv-01143-GMN-GWF <br><br> **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Brylynne, Inc. DBA Port of Subs ("Defendant") (collectively as the "Parties"), hereby agrees and stipulates as follows:

/ / /



1

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendant that the Parties agree to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

Dated this 28th day of July, 2017                    Dated this 28th day of July, 2017

THE WILCHER FIRM                                     DICKINSON WRIGHT PLLC

By  */s/ Whitney C. Wilcher, Esq.*                   By:   */s/ Cynthia L. Alexander, Esq.*
    Whitney C. Wilcher, Esq.                          Cynthia L. Alexander, Esq.
    Nevada State Bar No. 7212                         Nevada Bar No. 6718
    8465 West Sahara Avenue, Suite 111-236             Taylor Anello, Esq.
    Las Vegas, NV 89117                                Nevada Bar No. 12881
    (702) 466-1959                                     8363 West Sunset Road, Suite 200
    *Attorneys for Plaintiff*                          Las Vegas, Nevada 89113-2210
                                                       *Attorneys for Defendant Brylynne, Inc.*
                                                       *DBA Port of Subs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this ___1___ day of August, 2017.



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 28 day of July 2017, a copy of **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com
Attorney for Plaintiff

/s/Angelica V Jimenez
An employee of Dickinson Wright PLLC